| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Drell, Dee D. | 2. Court or Organization  Western Distric LA, Alexandria | 3. Date of Report  05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  515 Murray Street Alexandria, LA 71309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Louisiana, Mississippi, West Tennessee District, Kiwanis International |
| 2. Member, Board of Directors | Y.M.C.A. of Alexandria, LA |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 20 A 10: 26 FINANCIAL DISCLOSURE OFFICE

Drell_Dee_D

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | State of Louisiana Department of Corrections--Salary |
| 2. | 2008 | Self Employed counselor- Red River Counseling Services--Service fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kiwanis Club of Alexandria | 07/17 | Orlando, FL | Kiwanis convention | Partial travel expense for ▮▮▮▮conven tion attendance (Registration, hotel, ttrans portation, and meal expense) |
| 2. | Kiwanis Club of Alexandria | 08/14 | Memphis, TN | Kiwanis convention | Partial travel expense for convention atte ndance (Registration, hotel, transportatio n, and meal expense) |
| 3. | Law Clerk #1 | 4/18 | New Orleans, LA | 5th Circuit Sitting | Reimbursement for lodging advanced for clerk at hotel |
| 4. | Law Clerk #2 | 4/18 | New Orleans, LA | 5th Circuit Sitting | Reimbursement for lodging advanced for clerk at hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA Savings Bank | Credit Card | K |
| 2. AT&T | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mineral Interest, Loving Cty , TX(assessed taxable $28,880) | D | Royalty | K | S | | | | | |
| 2. Volunteers of America National Retirement Savings Plan | A | Interest | J | T | | | | | |
| 3. Red River Bank | | None | J | T | | | | | |
| 4. LASERS (La. State Retirement System) | | None | K | T | | | | | |
| 5. Pershing Government Acc't (Formerly Tre asury Fund Daily....) | A | Interest | K | T | | | | | |
| 6. American Washington Mutual Investors Fu nd | A | Dividend | K | T | Transferred (to line 13) | 02/04 | J | | |
| 7. American Growth Fund of America | A | Dividend | K | T | Transferred (to line 13) | 02/04 | J | | |
| 8. American Capital Income Builder Fund | B | Dividend | L | T | Pt. Sell | 06/11 | J | | |
| 9. Equitable Variable Life Ins. Co. (See Part VIII) | B | Interest | J | T | | | | | |
| 10. Provident Life & Accident Ins. Co. (See Part VIII) | A | Interest | J | T | | | | | |
| 11. American Balanced Fund | A | Dividend | K | T | Pt. Sell | 06/11 | J | | |
| 12. Income Fund of America | A | Dividend | K | T | Pt. Sell | 06/11 | J | | |
| 13. Thornburg Investment Income Builder Fund | A | Dividend | J | T | Transferred (from line 67) | 02/04 | K | | |
| 14. American Washington Mutual Investors Fu nd | A | Dividend | J | T | Sold (part) | 04/01 | J | | |
| 15. American Growth Fund of America | A | Dividend | J | T | Sold (part) | 04.01 | J | | |
| 16. American Capital Income Builder Fund | A | Dividend | J | T | Sold (part) | 07/14 | J | | |
| 17. American Washington Mutual Investors Fu nd | A | Dividend | J | T | Transferred (to line 23) | 10/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From Part 1: The status as "Trustee" is merely a name equivalent to a Director of a Board and does not entail management of specific assets as Trustee in the usual sense.

From Part VII, line 1: Assessed appraisal of mineral interest is $11,880 for 2007. Increased to $14,440 for 2008, but taxdable base is $28,880.

From Part VII, lines 9 & 10: In regard to Equitable Variable Life Ins. Co and Provident Life & Accident Insurance Company. Both are universal or variable life policies. Value code reported for both is net value of unloaned portion of "Guaranteed Interest" Account.

From Part VII, Line 13. Actual transfer is from Lines 6 & 7. The software will not allow more than 2 digits.

From Part VII......Mutual Funds held in IRA have previously been reported as Income Type "Interest" as no differentiation was made on brokerage reports. However, we have recently learned that earnings from these credited inside the IRA are more properly characterized as "Dividends.". The correction has been made beginning with this report.

From Part VII, Line 22. Transfers in are actually from lines 17, 18, 19, 20, & 21 but the software will only allow 2 digits. Because of market conditions Mutual Funds converted to money market .

From Part VII, Lines 23, 24, 25. Purchased with portion of Pershing Government Account funds transferred in on Line 22

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544